# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.: 4:16-CR-0056 |
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| FRANK PONDER, | : | |
| MARVIN C. POLAND, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### JUNE 7, 2017

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED** that Frank Ponder's Motion for Early Disclosure of *Brady* and *Giglio* Material dated May 19, 2017 and docketed at ECF No. 83 is GRANTED in part. The Government shall disclose *Brady, Giglio,* and Jencks Act material no later than June 16, 2017 at 2:00 p.m.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge