# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.: 4:16-CR-0056 |
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| FRANK PONDER, | : | |
| MARVIN C. POLAND, | : | |
| | : | |
| Defendants. | : | |

# ORDER

### JUNE 9, 2017

**AND NOW**, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Frank Ponder's Motion "to Suppress all Evidence Resulting from the Illegal Stop of Frank Ponder's Vehicle" dated May 23, 2017 and docketed at ECF No. 94 is **DENIED.**

                                             BY THE COURT:

                                             *s/ Matthew W. Brann*
                                             Matthew W. Brann
                                             United States District Judge