# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | No.: 4:16-CR-0056 |
| --- | --- | --- |
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| FRANK PONDER, | : | |
| MARVIN C. POLAND, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of June 2017, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED** that Frank Ponder's Motion "to dismiss the superseding indictment and the 21 U.S.C. § 851 information or, in the alternative, dismiss the superseding indictment and direct the government to withdraw the 21 U.S.C. § 851 information for vindictive prosecution" dated May 26, 2017 and docketed at ECF No. 101 is DENIED.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge