# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.: 4:16-CR-0056 |
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| FRANK PONDER, | : | |
| MARVIN C. POLAND, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### JUNE 14, 2017

**AND NOW**, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that Defendant Marvin C. Poland's Motion in Limine dated June 3, 2017 and docketed at ECF No. 111 is DENIED.

                                                         BY THE COURT:

                                                         *s/ Matthew W. Brann*
                                                         Matthew W. Brann
                                                          United States District Judge