# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No.: 4:16-CR-0056 |
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| FRANK PONDER, | : | |
| MARVIN C. POLAND, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of June 2017, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED** that Frank Ponder's Motion "to Disqualify the Office of the United States Attorney for the Middle District of Pennsylvania, or in the alternative, Direct the United States Attorney to Withdraw the 851 Information and Dismiss the Superseding Indictment due to a Conflict of Interest" dated June 9, 2017 and docketed at ECF No. 126 is DENIED.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge